UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  **1:26-mj-00008** |
| | : | |
| PLAINTIFF, | : | |
| v. | : | |
| | : | **PETITION FOR A WRIT** |
| | : | **OF HABEAS CORPUS** |
| WILLIAM DAVENPORT DEFOOR | : | **AD PROSEQUENDUM** |
| | | |
| DEFENDANT. | | |

The United States Attorney respectfully represents that **WILLIAM DAVENPORT DEFOOR** (DOB: 10/1/1999; SSN: 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; JMS Number: 1816987; Control Number: 14689715; Securus ID: 146897151001), defendant in this case, is detained in the custody of the Hamilton County Justice Center.

Petitioner further represents that the above-styled case has been set for Initial Appearance and further criminal proceedings before the Honorable Stephanie K. Bowman, Chief United States Magistrate Judge for the Southern District of Ohio, Western Division, at Cincinnati, Ohio, on January 6, 2026, at 1:30 p.m.

WHEREFORE, Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the Hamilton County Justice Center, to the United States Marshal for the Southern District of Ohio, and to any other authorized law enforcement officer, to bring the person of the above-named defendant before the Honorable Stephanie K. Bowman, Chief United States Magistrate Judge, at Courtroom #701, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, on

2

January 6, 2014 at 1:30 p.m.., for the purposes of the proceedings stated above and further criminal proceedings.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

CHRISTY MUNCY
Digitally signed by CHRISTY MUNCY
Date: 2026.01.06 09:25:56 -05'00'

CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
Southern District of Ohio
221 East Fourth Street Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
E-mail: christy.muncy @usdoj.gov